# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**MARITZA SOLA MORALES**
**aka MARITZA SOLA**

xxx–xx–7910

Debtor(s)

Case No. **15–03511 BKT**

Chapter **13**

FILED & ENTERED ON 11/17/17

## *ORDER ON ARREARS*

This case is before the Court on debtor's(s') opposition to the motion to dismiss filed by the Chapter 13 trustee alleging that debtor(s) has/have failed to comply with the confirmed Chapter 13 Plan (docket entry #83, 84). Debtor(s) request(s) time to cure the arrears.

Debtor(s) is (are) hereby granted thirty (30) days from notice of this order to file evidence of being current. If the arrears are timely cured, the motion to dismiss shall be deemed denied. However, upon debtor's(s') failure to file evidence of being current, an order dismissing the case will be entered without further notice or hearing. Order due by 12/6/17.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Friday, November 17, 2017 .

Brian K. Tester
United States Bankruptcy Judge