**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**MARITZA SOLA MORALES**
**aka MARITZA SOLA**

xxx−xx−7910

Debtor(s)

Case No. **15−03511 BKT**

Chapter **13**

FILED & ENTERED ON 1/8/18

*ORDER*

The debtor(s) is (are) granted fourteen (14) days to reply to the Chapter 13 Trustee's unfavorable recommendation filed on 1/8/18 (Docket No. 100). Upon failure to reply timely, the Court may enter an order denying the debtor's('s) proposed post−confirmation modified plan (Docket No. 96).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, January 8, 2018 .

Brian K. Tester
United States Bankruptcy Judge