**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE: <br><br>**MARITZA SOLA MORALES** <br>**aka MARITZA SOLA** <br><br>xxx–xx–7910 <br><br><br>Debtor(s) | Case No. **15–03511 BKT** <br><br>Chapter **13** <br><br><br>FILED & ENTERED ON 4/4/18 |

*ORDER*

The motion filed by Debtor requesting authorization to initiate a loss mitigation/loan modification evaluation with CitiMortgage, Inc. (docket #115) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, April 4, 2018 .

Brian K. Tester
United States Bankruptcy Judge