IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 15-03511 BKT

MARITZA SOLA MORALES

Chapter 13

XXX-XX-7910

FILED & ENTERED ON 5/4/2018

Debtor(s)

### ORDER APPROVING SETTLEMENT/STIPULATION

    This case is before the Court upon the settlement agreement/stipulation regarding motion for relief from stay at docket no. 90, filed by the debtor and CitiMortgage Inc., docket entry #117.

    Due notice having been given, no opposition having been filed, and good cause appearing thereof, it is now ordered that the settlement agreement/stipulation be and is hereby approved.

    **IT IS SO ORDERED.**

    In San Juan, Puerto Rico, this 04 day of May, 2018.

Brian K. Tester
U. S. Bankruptcy Judge

```
C:    DEBTOR(S)
      ROBERTO FIGUEROA CARRASQUILLO
      ALEJANDRO OLIVERAS RIVERA
      CITIMORTGAGE INC.
```