IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MARITZA SOLA MORALES

DEBTOR(S)

CASE NO.     15-03511-BKT

CHAPTER 13

## TRUSTEE'S UNFAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED 8/28/2018

With respect to the above-referred payment plan with a base of $15,506.00 the Trustee Renders the following recommendation:

[ ] **FAVORABLE**        [X] **UNFAVORABLE**

The liquidation value of the estate is: $36,092.00

**1. [X] FEASIBILITY 11 USC § 1325(a)(6):** Debtor is in arrears in the amount of $65.00. Last payment received on 3/22/2018.

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

**5. [X] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):**

**Per Schedule J, debtor's monthly net income is $345. However, plan is proposing the monthly payment of $65.00. Also, As per notice of mortgage payment change filed by CitiMortgage the new mortgage payment is $485.33; however, Schedule "J" (dk. 28) reflects the amount of $514.55. Amend Plan and Schedule J accordingly. Provide evidence of current income and amend Schedule I, if necessary.**

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

**7. [X] OTHER:**

**Part 4.3 of plan should read $3,243 instead of $2,893. Part 4.6 Plan proposes for surrender of the vehicle. Debtor to delete provision for insurance. NOTE: Trustee already paid to Scotiabank the amount of $2,142.84 plus $65.57 as legal fees.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 9/14/2018

ROBERTO FIGUEROA
COUNSEL FOR DEBTOR(S)

/s/ Elvis Cortes
Elvis Cortes
USDC #305214

**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CAS-JP